# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

May 25, 2012

No. 11-41185
Summary Calendar

Lyle W. Cayce
Clerk

VERNIECE L. BRYANT,

Plaintiff - Appellant

v.

LUFKIN INDEPENDENT SCHOOL DISTRICT,

Defendant - Appellee

Appeal from the United States District Court
for the Eastern District of Texas
U.S.D.C. No. 9:10-cv-00157

Before DENNIS, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

Verniece L. Bryant appeals the district court's summary judgment dismissing with prejudice all of her claims against her former employer, Lufkin Independent School District. Bryant's pro se brief does not raise any error in the district court's decision. "'Although we liberally construe the briefs of pro se appellants, we also require that arguments must be briefed to be preserved.'" *Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993) (quoting *Price v. Digital*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-41185

*Equip. Corp.*, 846 F.2d 1026, 1028 (5th Cir. 1988)).  Having reviewed the district court's decision, the briefs, and record, and perceiving no clear reversible error, we AFFIRM.  *See* 5TH CIR. R. 47.6.